# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4358 | **DATE** | 1/24/2001 |
| **CASE TITLE** | Donald Savaglio et al.  Vs. Thomas Price | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. We defer ruling on the motion to reconsider until we have clarified our jurisdiction. Both plaintiffs and defendant shall comply with LR 81.2 within 14 days.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JAN 2 5 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | CM | 10 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| WAH | courtroom deputy's initials | ... DOCKETING 01 JAN 24 PM 6: 10 | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

DOCKETED
JAN 2 5 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONALD SAVAGLIO and )
CHARMAINE SAVAGLIO, )
                      )
         Plaintiffs, )
                      )
      vs. )     No. 00 C 4358
                      )
THOMAS PRICE, )
                      )
         Defendant. )

## MEMORANDUM OPINION AND ORDER

Plaintiffs sued defendant in state court. When a court document indicated that plaintiffs were citizens of Florida (and after defendant lost on a motion to dismiss), defendant removed the case to this court. Plaintiffs moved to remand and then withdrew the motion. In the meantime, the dismissal issue was revived here.

We cannot get to the dismissal reconsideration, however, unless we have subject matter jurisdiction. Here defendant contends that plaintiffs are and were citizens of Florida, and that is apparently no longer in dispute. But the amount must also exceed $75,000. The complaint alleges damages in excess of $50,000, not $75,000, but that may be due to the peculiarities of Illinois pleading. We direct the parties' attention to Local Rule 81.2. If the amount involved is less than $75,000, the case must be remanded. We defer ruling on the motion to reconsider until we have clarified our jurisdiction. Both plaintiffs and defendant shall comply with LR 81.2 within 14 days.



JAMES B. MORAN
Senior Judge, U. S. District Court

Jan. 24 , 2001.